UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CHRISTOPHER MCDONALD

       v.                                                  C.A. 15-326 ML

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on August 27, 2015. No objection has been filed and the time for doing so has passed.

The Court adopts the Report and Recommendation. The Motion to Proceed In Forma Pauperis is DENIED. Plaintiff shall pay the filing fee on or before October 19, 2015. Failure to pay the filing fee will result in the dismissal of this action without further notice to Plaintiff.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
September 16, 2015